UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODE SYSTEMS CORPORATION d/b/a TURBO.NET, | Case No. C18-49RSL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LEANDER MURPHY, | |
| Defendant. | |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On January 12, 2018, plaintiff Code Systems Corporation, doing business as Turbo.net ("Turbo"), filed a complaint and motion for temporary restraining order based on a dispute stemming from defendant's employment and departure from Turbo. On Tuesday, January 16, 2018, counsel for defendant contacted the Court and reported defendant had been served with the complaint and motion. Pursuant to LCR 65(b) and in order to facilitate the Court's prompt resolution of the matter, defendant's response to plaintiff's motion, if any, shall be filed at or before 4:30 PM on Thursday, January 18, 2018. The Clerk of Court is directed to send a copy of this order to defense counsel at rhammond@littler.com.

1   DATED this 16th day of January, 2018.

2

3                                    _____/s/Kerry Simonds_____
                                     Kerry Simonds, Deputy Clerk to
4                                    the Honorable Robert S. Lasnik, Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MINUTE ORDER - 2